IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERESA BERNARD**                                                                                          **PLAINTIFF**

**VS.**                                       **CASE NO. 4:07CV000681 JMM**

**CITY OF BRYANT, ARKANSAS**                                                              **DEFENDANT**

**ORDER**

      Pending is defendant's Motion to Compel to plaintiff to provide answers to defendant's First Set of Interrogatories and Requests for Production propounded on January 30, 2008 and defendant's Motion to Extend Discovery Cutoff and Dispositive Motions Deadlines.  Plaintiff has failed to respond to the Motion to Compel and has no objection to the Motion to Extend.

      For good cause shown, the motions are granted (#7 and #9).  Plaintiff is directed to provide defendant with the requested discovery on, or before April 18, 2008.  Failure to do so may result in sanctions.

      The discovery cutoff date is extended until June 12, 2008 and the deadline to file dispositive motions is extended until July 3, 2008.  All other deadlines remain the same.  The parties should be aware that based upon a trial date for the week of August 4, 2008, a decision upon any pending motion for summary judgment may not be made until the week of trial.

      IT IS SO ORDERED THIS  14   day of   April  , 2008.


_____
James M. Moody
United States District Judge