IN THE UNITED STATES OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESA BERNARD                                                                              PLAINTIFF

vs.                                          NO. 4:07CV00681 BSM

CITY OF BRYANT, ARKANSAS                                                       DEFENDANT

## **ORDER**

Defendant's motion to withdraw its motion to dismiss for failure of Plaintiff to comply with the court order (Doc. No. 14) is granted.  Plaintiff has provided the information requested.  Defendant's motion to dismiss (Doc. No. 12) is denied as moot. The parties' request to extend the discovery cutoff date to June 27, 2008 is granted

.        IT IS SO ORDERED this 28th day of May, 2008.


_____
UNITED STATES DISTRICT JUDGE