IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESA BERNARD                                                                                    PLAINTIFF

vs.                                         NO. 4:07CV00681BSM

CITY OF BRYANT, ARKANSAS                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered in favor of defendant; the complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 10th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE